FILE COPY

RE: Case No. 25-0628　　　　　　　　　DATE: 10/7/2025
　　COA #: 15-24-00052-CV　　　　　　　　TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

　　　Today the Supreme Court of Texas granted the third
motion for extension of time to file petition for review
under TEX. R. APP. P. 53.7(f) in the above-referenced case.
The petition for review is due to be filed no later than
**November 14, 2025. No further extensions of time for this
filing will be considered.**

　　　　　　　　　　　MS. KIMBERLY S. KELLER
　　　　　　　　　　　KELLER STOLARCZYK PLLC
　　　　　　　　　　　215 W. BANDERA ROAD NO. 114-PMB 800
　　　　　　　　　　　BOERNE, TX　78006
　　　　　　　　　　　* DELIVERED VIA E-MAIL *

RE: Case No. 25-0628          DATE: 10/7/2025
COA #: 15-24-00052-CV         TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    Today the Supreme Court of Texas granted the third motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **November 14, 2025. No further extensions of time for this filing will be considered.**

                  CHRISTOPHER  PRINE
                  FIFTEENTH COURT OF APPEALS
                  P.O, BOX 12852
                  AUSTIN, TX  78711
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                    DATE: 10/7/2025
    COA #: 15-24-00052-CV                   TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas granted the third motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **November 14, 2025. No further extensions of time for this filing will be considered.**

> DISTRICT CLERK  GILLESPIE COUNTY
> GILLESPIE COUNTY COURT
> 101 W. MAIN STREET
> MAIL UNIT 3, RM 204
> FREDERICKSBURG, TX  78624-3700
> * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628           DATE: 10/7/2025
COA #: 15-24-00052-CV       TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

     Today the Supreme Court of Texas granted the third motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **November 14, 2025. No further extensions of time for this filing will be considered.**

                    MS. KAREN L. WATKINS
                    OFFICE OF THE ATTORNEY GENERAL OF
                    TEXAS
                    300 WEST 15TH STREET, 10TH FLOOR
                    AUSTIN, TX  78701-2986
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628
COA #: 15-24-00052-CV
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

DATE: 10/7/2025
TC#: 24-17777

Today the Supreme Court of Texas granted the third motion for extension of time to file petition for review under Tᴇx. R. Aᴘᴘ. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **November 14, 2025. No further extensions of time for this filing will be considered.**

MR. IAN  LANCASTER
ASSISTANT ATTORNEY GENERAL
300 W 15TH ST FL 10
AUSTIN, TX  78701-1649
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                     DATE: 10/7/2025
COA #: 15-24-00052-CV                     TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas granted the third motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **November 14, 2025. No further extensions of time for this filing will be considered.**

MR. HENRY "H" CARL MYERS
ATTORNEY GENERAL'S OFFICE
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *